# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PATRICK PEARSON,

          Petitioner

          v.

PHILADELPHIA EAGLES, LLC, EAGLES
STADIUM OPERATOR LLC, AND
EXECUTIVE SERVICES MANAGEMENT
INC.,

          Respondents

:  No. 548 EAL 2019
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.